1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   ROBERT J. GUITE, Cal Bar No. 244590
2  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
3  Telephone:    415.434.9100
   Facsimile:    415.434.3947
4  E mail        rguite@sheppardmullin.com

5  *Attorneys for Defendant Delta Dental of California*

6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 | KERRY LAMONS and TANEISHA ROBERTSON, individually and on behalf of her minor children, X.R. and J.R., all others similarly situated, | Case No. 3:24-CV-00030-TLT |
   |---|---|
   | | **NOTICE OF APPEARANCE OF ROBERT J. GUITE** |
   | Plaintiffs, | |
   | v. | |
   | DELTA DENTAL OF CALIFORNIA and DELTA DENTAL INSURANCE COMPANY, | |
   | Defendants. | |

18 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19         PLEASE TAKE NOTICE that Robert J. Guite of Sheppard Mullin Richter & Hampton LLP

20 hereby enters an appearance as counsel of record for Defendant Delta Dental of California in this

21 action, and respectfully requests that copies of any and all further notices, pleadings, or documents

22 filed or served in this action be served upon him at the following address:

23         Sheppard Mullin Richter & Hampton LLP
           Four Embarcadero Center, 17th Floor
24         San Francisco, CA  94111-4109
           Telephone:    415.434.9100
25         Facsimile:    415.434.3947
           Email:        rguite@sheppardmullin.com

1  Dated: January 31, 2024

2                                   Respectfully submitted,

3                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5                                   By            /s/ *Robert J. Guite*
6                                                        ROBERT J. GUITE

7                                   Attorneys for Defendant Delta Dental of California