1  Kyle McLean (SBN #330580)
   Email: kmclean@sirillp.com
2  **SIRI & GLIMSTAD LLP**
   700 S. Flower Street, Ste. 1000
3  Los Angeles, CA 90017
   Telephone: 213-376-3739
4

5  *Attorney for Plaintiffs*

6

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KERRY LAMONS, et al., | Case No. 3:24-cv-00030-TLT |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFF KERRY LAMONS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS** |
| DELTA DENTAL OF CALIFORNIA, et al., | |
| Defendants. | Judge: Hon. Trina L Thompson |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kerry Lamons hereby voluntarily dismisses her claims against Defendants Delta Dental of California and Delta Dental Insurance Company in the above-entitled action without prejudice.

Dated:  January 31, 2024        **SIRI & GLIMSTAD LLP**

By: */s/ Kyle McLean*
Kyle McLean (SBN #330580)
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: 213-376-3739
Email: kmclean@sirillp.com

1

1 *Attorneys for Plaintiffs*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF KERRY LAMONS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS
Case No. 3:24-cv-00030-TLT

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ Kyle McLean*
    Kyle McLean